UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YVONNE OWUSUMENSAH A/K/A YVONNE KING, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 14 CV 3640 ) |
| CAVALRY PORTFOLIO SERVICES, LLC, | ) ) ) |
| Defendant. | ) ) |

## ORDER

**CHARLES P. KOCORAS, District Judge:**

The Court dismisses all consolidated cases in accordance with Plaintiff's counsels acknowledgement in open court on November 18, 2014, that there is no material difference between the complaint in the case at bar and the other three consolidated cases, presently before the Court. Therefore, contrary to the limited nature of the dismissal of the case at bar included in the written opinion, the dismissal shall now apply to all consolidated cases: (1) *Needham v. Cavalry SPV*, 14-cv-4402; (2) *Marsellos v. Cavalry SPV*, 14-cv-4442; (3) *Minkowski v. Cavalry SPV*, 14-cv-4903.

Dated: 11/18/2014

Charles P. Kocoras
United States District Court Judge