## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Yvonne Owusumensah,

Plaintiff(s),

v.

Cavalry Portfolio Services, LLC,

Defendant(s).

Case No.  14 cv 3640
Judge Charles P. Kocoras

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒    other: Judgment is entered in favor of Defendant, Cavalry Portfolio Services, LLC  and  against
Plaintiff, Yvonne Owusumensah.

---

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Charles P. Kocoras on a motion to dismiss complaint.

Date:   11/18/2014                              Thomas G. Bruton, Clerk of Court

                                        Vettina Franklin, Deputy Clerk