# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| YVONNE OWUSUMENSAH, Plaintiff, v. CAVALRY PORTFOLIO SERVICES, LLC, Defendant. | 1:14-cv-03640 <br><br> The Honorable Judge Charles P. Kocoras |
| KENNETH MINKOWSKI, Plaintiff, v. CAVALRY PORTFOLIO SERVICES, LLC, Defendant. | (related case) <br> 1:14-cv-04903 |
| WILLIAM MARSELLOS, Plaintiff, v. CAVALRY PORTFOLIO SERVICES, LLC, Defendant. | (related case) <br> 1:14-cv-04442 |
| TERRANCE L NEEDHAM, Plaintiff, v. CAVALRY PORTFOLIO SERVICES, LLC, Defendant. | (related case) <br> 1:14-cv-04402 |

NOTICE OF JOINT APPEAL TO THE COURT OF APPEALS FROM A JUDGMENT OR ORDER FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

NOTICE is hereby given that Plaintiffs, YVONNE OWUSUMENSAH, KENNETH MINKOWSKI, WILLIAM MARSELLOS, AND TERRANCE L. NEEDHAM, in the above named cases, hereby appeal to

the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion, Order, and Judgment entered on November 18, 2014 (Document Nos. 29, 30, and 31) by the Honorable Charles P. Kocoras, Judge of the United States District Court for the Northern District of Illinois, Eastern Division.

Dated December 16, 2014

                                      Respectfully submitted:

                                      /s/Matthew Hector_____
                                      Matthew Hector, ARDC #6283058

Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
(630) 575-8181
mhector@sulaimanlaw.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing has been served by operation of the court's electronic filing system, or in the alternative, via US Mail, this 16th day of December, 2014, addressed to:

Anna-Katrina S. Christakis
Pilgrim Christakis LLP
53 W. Jackson Boulevard, Suite 1515
Chicago, IL 60604
(312) 939-0920

Candice R. Voticky
Pilgrim Christakis LLP
53 W. Jackson Boulevard, Suite 1515
Chicago, IL 60604
(312) 939-0920

John Charles Crees
Pilgrim Christakis LLP
53 W. Jackson Boulevard, Suite 1515
Chicago, IL 60604
(312) 939-0920

              <u>/s/ Matthew H. Hector</u>
              Matthew H. Hector, ARDC No. 6283058
              SULAIMAN LAW GROUP, LTD.
              Attorney for Plaintiff

Matthew H. Hector ARDC# 6283058
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523
Telephone: (630) 575-8181
Main Fax: (630) 575-8188
mhector@sulaimanlaw.com