# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

May 19, 2016

Before:
DANIEL A. MANION, Circuit Judge
MICHAEL S. KANNE, Circuit Judge
PAMELA PEPPER, District Court Judge*

| Nos. 14-2760, 14-3724 & 15-1101 | PAULA ST. JOHN, YVONNE OWUSUMENSAH, et al., Plaintiffs - Appellants<br><br>v.<br><br>CACH LLC, CAVALRY PORTFOLIO SERVICES, LLC, & UNIFUND CCR PARTNERS, INC., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court Nos: 1:14-cv-00733, 1:14-cv-03640, 1:14-cv-04903, 1:14-cv-04442, 1:14-cv-04402, 1:14-cv-03408<br>Northern District of Illinois, Eastern Division<br>District Judges Amy J. St. Eve & Charles P. Kocoras ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

_____

*Hon. Pamela Pepper, Eastern District of Wisconsin, sitting by designation.

form name: **c7_FinalJudgment**(form ID: **132**)