# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

June 10, 2016

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago , IL 60604-0000

```
PAULA ST. JOHN,                                    ]  Appeal from the United
       Plaintiff-Appellant,                        ]  States District Court for
                                                   ]  the Northern District of
No. 14-2760                         v.             ]  Illinois, Eastern
Division.
                                                   ]
CACH LLC,                                          ]  No.   1:14-cv-00733
       Defendant-Appellee.                         ]
                                                   ]  Amy J. St. Eve, Judge.
------------------------------------------------------]
YVONNE OWUSUMENSAH, et al.,                        ]  Appeal from the United
       Plaintiffs-Appellants,                      ]  States District Court for
                                                   ]  the Northern District of
No. 14-3724                         v.             ]  Illinois, Eastern
Division.
                                                   ]
CAVALRY PORTFOLIO SERVICES, LLC,                   ]  Nos.  1:14-cv-03640
       Defendant-Appellee.                         ]        1:14-cv-04903
                                                   ]        1:14-cv-04442
                                                   ]        1:14-cv-04402
                                                   ]
                                                   ]  Charles P. Kocoras, Judge.
------------------------------------------------------]
BRYAN SIROTA,                                      ]  Appeal from the United
       Plaintiff-Appellant,                        ]  States District Court for
                                                   ]  the Northern District of
No. 15-1101                         v.             ]  Illinois, Eastern
Division.
                                                   ]
UNIFUND CCR PARTNERS, INC.,                        ]  No.   1:14-cv-03408
       Defendant-Appellee.                         ]
                                                   ]  Charles P. Kocoras, Judge.
```

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:          No record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                    **Received by:**


_____                    _____



form name: **c7_Mandate**(form ID: **135**)